

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed June 23, 2021

**United States Bankruptcy Judge**

_____

BTXN 196 (rev. 11/11)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Randale N. Crain | § | Case No.:  16−32135−hdh13 |
| Lashondra C. Crain | § | Chapter No.:  13 |
| Debtor(s) | § | |

### ORDER REOPENING CHAPTER 13 PROCEEDING
### PURSUANT TO 11 U.S.C. § 350(b) TO ALLOW ENTRY OF DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

CAME ON FOR CONSIDERATION the Motion to Reopen Chapter 13 Proceeding Pursuant to 11 U.S.C. §350(b) for the limited purpose of allowing entry of the Debtor's Certification and Motion for Entry of Chapter 13 Discharge (the "Motion"). The Court, having considered the merits of the Motion, finds that there is sufficient cause to reopen Debtor(s) Chapter 13 Bankruptcy and allow the entry of the Debtor's Certification and Motion for Entry of Chapter 13 Discharge. It is therefore

ORDERED that the Debtor(s) Chapter 13 case is reopened for a limited purpose;

IT IS FURTHER ORDERED that the Debtor shall have seven (7) days after the entry of this Order within which to file a Debtor's Certification and Motion for Entry of Chapter 13 Discharge;

IT IS FURTHER ORDERED that if the Debtor's Certification and Motion for Entry of Chapter 13 Discharge is not timely filed as provided above, the Court Clerk shall reclose this case without the entry of an Order of Discharge;

IT IS FURTHER ORDERED that if the Debtor's Certification and Motion for Entry of Chapter 13 Discharge is timely filed as provided above, the Court Clerk shall enter it on the docket and shall thereafter issue an Order of Discharge.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:             Case No. 16-32135-hdh
Randale N. Crain            Chapter 13
Lashondra C. Crain
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-3      User: tbradden      Page 1 of 3
Date Rcvd: Jun 23, 2021      Form ID: pdf013      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Randale N. Crain, Lashondra C. Crain, 8767 Cedar Thicket Dr., Dallas, TX 75249-4031 |
| 17104613 | #+ | American Med, 1519 Boettler Road, Uniontown, OH 44685-8391 |
| 17104614 | + | Attorney General, Collection Division- BK Section, PO Box 12548, Austin, TX 78711-2548 |
| 17104615 | + | Check N Title Loan, RWI Captial, PO Box 5188, Texarkana, TX 75505-5188 |
| 17104619 | + | Datasearch Inc, Attention: Bankruptcy, 85 NE Loop 410 Suite 575, San Antonio, TX 78216-5892 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 20:56:21 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 17121153 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2021 20:46:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 17312486 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 23 2021 20:56:14 | American InfoSource LP as agent for, Methodist Health System, as assignee of Methodist Dallas Medical, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 17104617 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Jun 23 2021 20:47:00 | Credit Systems Intl In, 1277 Country Club Ln, Fort Worth, TX 76112-2304 |
| 17104618 | + | Email/Text: bankruptcy@cutx.org | Jun 23 2021 20:47:00 | Credit Union of Tex, Attn Bankruptcy, PO Box 517028, Dallas, TX 75251-7028 |
| 17104622 | + | Email/Text: research@1stnb.com | Jun 23 2021 20:47:00 | First National Bank, P O Box 937, Killeen, TX 76540-0937 |
| 17104623 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 23 2021 20:46:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 17104625 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2021 20:46:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17985254 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2021 21:22:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 17104626 | + | Email/Text: bkrgeneric@penfed.org | Jun 23 2021 20:46:00 | Pentagon Federal Cr Un, Attention: Bankruptcy, 2930 Eisenhower Ave, Alexandra, VA 22314-4557 |
| 17104627 | + | Email/Text: payments@powerfinancetexas.com | Jun 23 2021 20:46:00 | Power Finance, PO Box 41439, Houston, TX 77241-1439 |

Case 16-32135-hdh13 Doc 52 Filed 06/25/21    Entered 06/25/21 23:17:45    Page 3 of 4

| District/off: 0539-3 | User: tbradden | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: pdf013 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 17104628 | + | Email/Text: bknotify@acsi.net | Jun 23 2021 20:46:00 | Rentdebt Automated Col, 2285 Murfreesboro Rd Ste, Nashville, TN 37217-3348 |
| 17104629 | + | Email/Text: bankruptcy@speedyinc.com | Jun 23 2021 20:46:00 | Speedy Cash, 3527 North Ridge Rd, Wichita, KS 67205-1212 |
| 17324184 | + | Email/Text: bankruptcy@speedyinc.com | Jun 23 2021 20:46:00 | SpeedyRapid Cash, P O Box 780408, Wichita, KS 67278-0408 |
| 17104616 | | Email/Text: pacer@cpa.state.tx.us | Jun 23 2021 20:47:00 | Comptroller of Public Accounts, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 17104630 | | Email/Text: bankruptcyclerk@tabc.texas.gov | Jun 23 2021 20:47:00 | Texas Alcoholic Beverage Commission, Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 17109133 | + | Email/Text: bkyelectnotices@tgslc.org | Jun 23 2021 20:47:00 | Texas Guaranteed Student Loan Corp, Attn: Bankruptcy, PO BOX 83100, Round Rock TX 78683-3100 |
| 17104631 | + | Email/Text: txtcoll@texastrustcu.org | Jun 23 2021 20:47:00 | Texas Trust Credit Uni, 1900 Country Club Lane, Mansfield, TX 76063-3490 |
| 17246971 | + | Email/Text: txtcoll@texastrustcu.org | Jun 23 2021 20:47:00 | Texas Trust Credit Union, PO Box 2260, Mansfield, Texas 76063-0047 |
| 17104632 | + | Email/Text: ridpacer@twc.state.tx.us | Jun 23 2021 20:47:00 | Texas Workforce Commission, TEC Building - Bankruptcy, 101 East 15th Street, Austin, TX 78778-0001 |
| 17104633 | + | Email/Text: bkyelectnotices@tgslc.org | Jun 23 2021 20:47:00 | Tx Guar Std, TG-Attn. Bankruptcy Department, PO Box 659602, San Antonio, TX 78265-9602 |
| 17104634 | | Email/Text: brooke.lewis@usdoj.gov | Jun 23 2021 20:47:00 | United States Attorney, 3rd Floor, 1100 Commerce St, Dallas, TX 75242-1699 |
| 17104635 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 23 2021 20:46:00 | United States Trustee, 1100 Commerce St, Rm 976, Dallas, TX 75242-0996 |
| 17104636 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 23 2021 20:46:00 | Westlake Financial Services, 4751 Wilshire Blvd Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 17104620 | | Edris Staples |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 17104624 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 17104621 | ##+ | Fears & Nachawati Law Firm, 4925 Greenville Ave., Suite 715, Dallas, Texas 75206-4015 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0539-3 | User: tbradden | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2021 | Form ID: pdf013 | Total Noticed: 29 |
| Date: Jun 25, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Julianne Mary Parker | on behalf of Debtor Randale N. Crain jparker@fnlawfirm.com  lruiz@fnlawfirm.com;txbkcourts2@gmail.com |
| Julianne Mary Parker | on behalf of Joint Debtor Lashondra C. Crain jparker@fnlawfirm.com  lruiz@fnlawfirm.com;txbkcourts2@gmail.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4